# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEES

Report required by the Ethics in Government Act of 1978 (5 U.S.C. App. § 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KUGLER, ROBERT B. | District Court of New Jersey | 08/02/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Nominee) | _X_ Nomination, Date 8/1/02 <br> ___ Initial ___ Annual ___ Final | 1/01/2001 to 7/31/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Mitchell Cohen U.S. Courthouse <br> 1 John F. Gerry Plaza, Box 889 <br> Camden, New Jersey 08101 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Partner | Moorestown II |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2001 | Income - State of New Jersey - Salary (Spouse) | $ . |
| 2002 | Income - State of New Jersey - Salary (Spouse) | $ . |
| 2001 | Income - rental property, net income | 947.00 |
| 2002 | Income - rental property, net income (to date) | 552.00 |
| 2001 | Income - Moorestown. | 174.00 |
| 2002 | Income - Moorestown. (to date) | 101.50 |
| | | $ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*Includes those to spouse and dependent children. (See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| EXEMPT | |

## V. GIFTS. *Includes those to spouse and dependent children. (See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *Includes those of spouse and dependent children. (See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| EXEMPT | | |

| | | | |
|---|---|---|---|
| | | J=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | | | P2=$5,000,001-$25,000,000 | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children  see pp. 34-57 of Instructions)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int ) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  No reportable income, assets. | | | | | | | | | |
| Commerce Bank | A | Int | J | T | EXEMPT | | | | |
| Haddon Savings & Loan | A | Int | J | T | | | | | |
| First Union Bank | A | Int | K | T | | | | | |
| Vanguard Star Fund | A | Int | K | T | | | | | |
| Gabelli Asset Fund | D | Div | L | T | | | | | |
| Mutual Qualified Fund | C | Div | K | T | | | | | |
| Schwab 1000 Fund | A | Div | J | T | | | | | |
| APA Members Retirement Fund | E | Div | N | T | | | | | |
| Schwab Tax Fund | A | Int | J | T | | | | | |
| Municipal Bond - Lafayette | A | Int | J | T | | | | | |
| American Express Co. | A | Div | M | T | | | | | |
| Ford | A | Div | K | T | | | | | |
| Exxon Mobil | A | Div | J | T | | | | | |
| Newell Rubbermaid | A | Div | J | T | | | | | |
| Appartment Bld, Minn. | A | Rent | M | S | | | | | |
| Mortistown NJ | A | Dist | N | S | | | | | |
| Partner Bill . Minn | | None | J | W | | | | | |

| | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| | G=$50,001-$100,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | O=$50,001-$100,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P4=More than $50,000,000 | | |
| | R = Real estate cost | S=Assessment | T=Cash/Market | |
| | Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | EXEMPT | | | | | |
| Lehman | A | Div | K | T | | | | | |
| Conectiv | A | Div | J | T | | | | | |
| Visteon Corp. | A | Div | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
                   F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:       J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
                   N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
                   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes:  Q=Appraisal   R=Cost (Real Estate Only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

# FINANCIAL STATEMENT

## NET WORTH

ROBERT B. KUGLER

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 25000 | | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 188000 | | Notes payable to relatives | | | |
| Unlisted securities-add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2500 | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 183000 | |
| Real estate owned-add schedule | | 415000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | 5000 | | Other debts-itemize: | | | |
| Autos and other personal property | | 165000 | | | | | |
| Cash value-life insurance | | 5000 | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement/401K/ Thrift Savings | | 400000 | | | | | |
| Mutual Funds (Gabelli, Mutual Qualified) | | 30000 | | | | | |
| | | | | Total liabilities | | 185500 | |
| | | | | Net Worth | | 1047500 | |
| Total Assets | | 1233000 | | Total liabilities and net worth | | 1233000 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | YES | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |